SUPREME COURT OF GEORGIA
Case No. S20G1409

June 1, 2021

The Honorable Supreme Court met pursuant to adjournment.

The following order was passed:

DONALD LEON ADAMS, JR. v. THE STATE.

After careful consideration of the full record and the briefs of the parties and of the amici curiae, the Court has determined that the writ of certiorari issued in Case No. S20C1409 was improvidently granted. Accordingly, the writ is vacated, and the petition for certiorari in Case No. S20C1409 is denied.

*All the Justices concur.*

**SUPREME COURT OF THE STATE OF GEORGIA**
Clerk's Office, Atlanta

I certify that the above is a true extract from the minutes of the Supreme Court of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk